# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **THOMAS NARDUZZO,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**CAPITAL MANAGEMENT SERVICES, L.P.,**<br><br>　　　　Defendant. | CASE NO. 8:12CV430<br><br>ORDER AND<br>FINAL JUDGMENT |

　　　This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Filing No. 16). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-entitled action will be dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party. Accordingly,

　　　IT IS ORDERED:

　　　1. The parties' Stipulation of Dismissal With Prejudice (Filing No. 16) is approved; and

　　　2. The Complaint is dismissed on the merits with prejudice, without costs, disbursements or attorneys' fees to any party.

　　　Dated this 17th day of May, 2013.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge